**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1889**

DONNISE BATTON,

　　　　　　　Plaintiff – Appellant,

　　　　v.

COMMUNICATION WORKERS OF AMERICA, AFL-CIO; COMMUNICATION
WORKERS OF AMERICA, LOCAL 2202; VERIZON VIRGINIA,
INCORPORATED,

　　　　　　　Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Mark S. Davis, District
Judge. (2:13-cv-00426-MSD-LRL)

Submitted: April 28, 2015　　　　Decided: October 8, 2015

Before MOTZ, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Richard F. Hawkins, III, HAWKINS LAW FIRM, PC, Richmond,
Virginia, for Appellant. SuAnne Hardee Bryant, DAVIS LAW GROUP,
PC, Chesapeake, Virginia; Linda M. Martin, WILLIG, WILLIAMS &
DAVIDSON, Philadelphia, Pennsylvania; Patricia A. Dunn,
JONESDAY, Washington, D.C.; Brandon J. Lester, JONESDAY,
Pittsburg, Pennsylvania, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donnise Batton appeals the district court's order granting summary judgment to Defendants in this action filed pursuant to Section 301 of the Laobr Management Relations Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Batton v. Commc'ns Workers of Am., No. 2:13-cv-00426-MSD-LRL (E.D. Va. Aug. 4, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED